SAMUEL R. STEWARD ET AL., PROSECUTORS, v. CITY OF TRENTON ET AL., DEFENDANTS.

Submitted May 15, 1931—Decided November 4, 1931.

Before Justices TRENCHARD, DALY and DONGES.

For the prosecutors, *Joseph H. Carr* and *Sydney T. Smith.*

For the defendants, *Charles E. Bird* and *Romulus P. Rimo.*

PER CURIAM.

This case is similar to No. 205 of this term, Mulleady et al. *v.* City of Trenton et al., and what was said in that case applies to this case.

Our conclusion is that a writ of *certiorari* should be awarded to prosecutors. The rule to show cause is made absolute and a writ of *certiorari* to review the action of the zoning board of adjustment of the city of Trenton in denying the application of prosecutors for a building permit to enclose with glass and frame enclosure a porch on property owned by them at 947 Carteret avenue, in said city of Trenton, is awarded.